**FILED - KZ**
February 10, 2026 12:47 PM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_ems_  Scanned by ES/ 2/10

United States District Court

Western District of Michigan

-----------------------------------------------------------------))))))
Mia Tucker          as Plaintiff                    Index No.
                vs.
Kevin Mcclanahan   as Defendant          COMPLAINT

                                    Demands  Jury Trial
-----------------------------------------------------------------)))))))
1. Defendant, in numerous occasions, had ex parte communication,

2. Defendant should be subjected to impeachment,

**1:26-cv-443**
**Hala Y. Jarbou**
**Chief U.S. District Judge**

3. Plaintiff demands $100,000.


Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


Mia Tucker    1/15/2026

Mia Tucker
15 Adams St,
Chicago, IL 60609

NEW YORK NY  100

UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office
410 W Michigan Ave
Kalamazoo MI 49007

49007-374628